UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL AGUILAR, | No. C 12-0690 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WILLIAM KNIPP, | |
| Respondent. | |

The action having been dismissed, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: November 6, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**